KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FLETCHER COREY, Individually, | 2:10-cv-00290-LDG-LRL |
| Plaintiff, | |
| vs. | |
| UNITED STATES POSTAL SERVICE, an agency of the United States of America; THE UNITED STATES OF AMERICA, a political entity; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

**UNOPPOSED MOTION TO CONTINUE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, the Plaintiff, FLETCHER COREY, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., who files this unopposed motion to continue time to file the Plaintiff's response to the Defendants' motion to dismiss pursuant to FRCP 12(b)(1). The Plaintiff's response is due by September 9, 2010.

The Defendants have indicated to Plaintiff's Counsel that there is no opposition to an extension of time to file a responsive pleading to the motion to dismiss. Plaintiff moves the Court to grant this motion and extend the time for the filing of the Plaintiff's response to Thursday, September 30, 2010, and that any reply from the Defendants should be due by Friday, October 29, 2010.

This is the first request for an extension of time by the Plaintiff to file a response

to the pending Defendants' motion to dismiss.

Dated this 8th day of September, 2010.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby affirm that on this 8th day of September, 2010, I served via the CM/ECF system and via U.S. Mail a copy of the foregoing motion to the Defendant below:

Rimantas A. Rukstele
Asst. United States Attorney
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, NV 89101
Ray.Rukstele@usdoj.gov

/s/Kirk T. Kennedy
Law Office of Kirk T. Kennedy, Esq.

ORDER

IT IS SO ORDERED.

DATED this 10 day of September, 2010.

Lloyd D. George
Sr. U.S. District Judge